# United States Bankruptcy Court
## District of Kansas

In re **Bradley Scott Williams**     Case No. **14-20159**
Debtor(s)     Chapter **13**

## MOTION TO AMEND THE PLAN POST-CONFIRMATION

**COMES NOW** Debtor, by and through Jonathan C. Becker, and moves the Court to amend his confirmed plan. In support hereof, Debtor states and alleges as follows:

1. Debtor filed a Voluntary Petition on January 24, 2014; on that same date, debtor filed a chapter 13 plan, which was confirmed on March 24, 2014.

2. William H. Griffin was appointed Trustee.

3. Debtor has filed an amended plan, which surrenders the homestead at 4500 Wimbledon Drive, Lawrence, KS 66047.

4. The plan payment is reduced to $591.00 to remain feasible within the remaining months under 11 USC 1325(a)(3).

**WHEREFORE** Debtor moves the Court to approve the Modification of the Confirmed Plan as proposed above and for such other relief as the Court deems just and necessary.

**JONATHAN C. BECKER,**
**ATTORNEY AT LAW, P.A.**

By: /s/ Jonathan C. Becker
Jonathan C. Becker, #13983
3120 Mesa Way, Suite B
Lawrence, KS 66049-4203
785/842-0900
785/371-0952 (fax)
jayhawkattorney@gmail.com
**Attorney for Debtors**

## CERTIFICATE OF MAILING

I hereby certify that on this 1 June 2014 a true and correct copy of the above and foregoing was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF system on the 1 June 2014.

Additionally, using CertificateofService.com, I caused a copy of the above and foregoing to be placed in the mail on 1 June 2014 to all parties listed on the attached matrix.

/s/ Jonathan C. Becker_____
Jonathan C. Becker